Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 OCT -8  PM 1: 48

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 09-24071 |
| --- | --- |
| DANNY L FOREMAN<br>BARBARA J FOREMAN | Chapter 7<br><br>Judge: WILLIAM T. THURMAN |
| Debtor(s). | |

### DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

____ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| 11 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 1.38 |
| 13 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 3.41 |

3

A check in the amount of $4.79 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 25th day of September, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 25th day of September, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 8411

JAMES E. SLEMBOSKI
32 EAST 100 SOUTH
SUITE 203
P.O. BOX 1717
ST. GEORGE, UT 84770

Date: 09/25/10                  Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 3014 Dated 09/25/10
Case Number 09-24071 - FOREMAN, DANNY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000011 | 67.05 | 1.38 |
| GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 000013 | 165.28 | 3.41 |
| ---------- Remittance Total --------------- | | 232.33 | 4.79 |

PHILIP G. JONES, Trustee

COURT1                  Printed: 09/25/10 09:01 AM    Ver: 15.20